# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0547. STEPHANIE BROCKINGTON v. BRIDGE HOMES SVR BORROWER, LLC.

This dispossessory action originated in magistrate court. Following an adverse ruling, Stephanie Brockington petitioned for review in the superior court. The superior court dismissed the petition without prejudice on February 20, 2024, and Brockington filed a notice of appeal on March 6, 2024.[1] We lack jurisdiction for at least two reasons.

First, appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Brockington has no right to a direct appeal. See *Bullock*, 260 Ga. App. at 875.

Second, even if a direct appeal were proper, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen*

---

[1] Brockington also filed a motion for new trial, which the trial court denied on October 16, 2024. A motion for new trial is not a proper vehicle for challenging the trial court's ruling on a motion to dismiss. See *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986). Accordingly, Brockington's motion for new trial is invalid. See id.

*Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Brockington's notice of appeal was filed 15 days after the superior court's dismissal order.

For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___11/07/2024_____

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*